**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DERREL RAMSEY,**

        **Plaintiff,**

    **v.**                              **Civil Action 2:25-cv-777**
                                        **Judge Algenon L. Marbley**
                                        **Magistrate Judge Kimberly A. Jolson**

**THE COLUMBUS URBAN
LEAGUE, et al.,**

        **Defendants.**

## OPINION AND ORDER

Plaintiff's Motion for Leave to File Amended Complaint (Doc. 28) is before the Court. Defendants do not oppose his Motion provided that the Court apply Defendant National Urban League, Inc.'s pending Motion to Dismiss (Doc. 23) to the amended complaint and "to avoid confusion, NUL is permitted to submit a supplemental brief to accompany its pending motion to dismiss, should it deem it necessary to do so, that will conform its existing arguments to the new paragraphs included in Plaintiff's proposed amended complaint." (Doc. 30). Plaintiff seeks to amend his Complaint to add claims for damages against certain Defendants now that he received Notices of Right to Sue. (*Id.*). Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that when a party seeks leave of court to file an amended pleading, "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). This rule, which allows a liberal policy in favor of granting amendments, "reinforce[s] the principle that cases 'should be tried on their merits rather than the technicalities of pleadings.'" *Inge v. Rock Fin. Corp.*, 388 F.3d 930, 936 (6th Cir. 2004) (quoting *Moore v. City of Paducah*, 790 F.2d 557, 559 (6th Cir. 1986)). Because the deadline to amend has passed, Plaintiff must also show good cause under Rule 16 of the Federal

Rules of Civil Procedure.

Considering the liberal policy in favor of amendment, the current circumstances, and Defendants' non-opposition, the Court finds good cause for leave to amend.  The Court **GRANTS** Plaintiff's Motion.  Plaintiff must file his proposed amended complaint and exhibits referenced therein by **May 8, 2026**.  Further, the Court will consider the pending Motion to Dismiss (Doc. 23) as seeking to dismiss this Amended Complaint.  *See G.P. v. Wyndham Hotels & Resorts, Inc.*, No. 2:22-CV-2682, 2023 WL 5018562, at *1 (S.D. Ohio Aug. 7, 2023) ("[C]ourts may still consider a motion to dismiss filed prior to an amended complaint where the amended complaint is 'substantially identical to the original complaint[.]'") (quoting *Mandali v. Clark*, No. 2:13-cv-1210, 2014 WL 5089423 at *2 (S.D. Ohio Oct. 9, 2014)).  If Defendant National Urban League, Inc. determines it necessary to conform its existing arguments to this Amended Complaint, it may refile its Motion to Dismiss within **21 days** of this Order.  The standard briefing schedule will apply.

IT IS SO ORDERED.

Date:   May 6, 2026                                            /s/ Kimberly A. Jolson
                                                                          KIMBERLY A. JOLSON
                                                                          UNITED STATES MAGISTRATE JUDGE

2